DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CORSHANA HATTER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0548

[December 17, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 21-004398-CF10A.

Daniel Eisinger, Public Defender, and Robert G. Porter, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

Corshana Hatter appeals her convictions and sentences following an open nolo contendere plea. Appellate counsel has filed an *Anders*[1] brief. We affirm appellant's convictions and sentences but remand for a ministerial correction of an obvious scrivener's error in the order assessing charges, costs, and fees.

In sentencing appellant, the trial court pronounced a statutorily mandated $1,000 fine on counts 2 and 6. The written order, however, includes the fine on count 4 instead of count 6.

On remand, the trial court is directed to correct the written order. *See, e.g., Echavarria v. State*, 270 So. 3d 527 (Fla. 2d DCA 2019); *Skinner v. State*, 155 So. 3d 497 (Fla. 5th DCA 2015).

*Affirmed and remanded for correction of a scrivener's error.*

---

[1] *Anders v. California*, 386 U.S. 738 (1967).

KUNTZ, C.J., GROSS and CONNER, JJ., concur.

\* \* \*

*Not final until disposition of timely-filed motion for rehearing.*